# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT


FILED
2019 MAR 18  A 11: 52
US DISTRICT COURT
HARTFORD CT

## CIVIL RIGHTS COMPLAINT

Victor Tyrell Smith
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Eli Lilly and Company (Zyprexa)
Janssen Pharmaceuticals Inc. (Invega)
Hartford Hospital
Institute of Living
Johnson Memorial Hospital
Nachaug Hospital
Mount Sinai
Agility
Manchester Superior Court

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. 3:19cv406 VAB
(To be supplied by the court)

## A. PARTIES

1. Victor Tyrell Smith is a citizen of the United States, who
   (Plaintiff)                                (State)
presently resides at 40 Carter St, Apt. F East Hartford, CT.
                     (mailing address)

2. Defendant _____ is a citizen of _____
              (name of first defendant)                (State)

whose address is _____.

and who is employed as _____.
                       (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant _____ is a citizen of _____
     (name of second defendant)                                                              (State)

whose address is _____

and who is employed as _____
               (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _____   42 U.S.C. § 1983 (applies to state defendants)

   _____   ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Manchester Superior Court ordered that I "take medication as prescribed." Ever since then, I have been in and out of several hospitals and forced to take medication that has caused serious harm.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.  CAUSE OF ACTION.")

**Claim I:** Manchester Superior Court ordered that I "take medications as prescribed." ~~I was also given no choice but to take the medication at every hospital.~~

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

I was involved in 2 DUI incidents and ended up with 2 "duis" and "driving with a suspended liscence." I served 2 months and was placed on probation (convictions) after being convicted of all 3 charges on the 6th of October (2017). I was then rearrested in April of 2018 and was told that a warrant has been served for the 18th of December (2017) for "Driving with a suspended liscence" that I was never notified about (that I was already convicted of) reordered to pay fines— that were already paid—and reorderd to take medications as prescribed (subsequent to the first order then the first sentencing)

**Claim II:** I was forced to take medications at the hospitals

**Supporting Facts:** On March 14th, 2019, I attended a probate hearing at the institute of living. It was determined that I was not going to be committed. Dr. Zeemans (of the institute) determination of whether or not I was gravely disabled, and a danger to myself or others, contradicted 2 other doctors of the same facility's determination. It was made clear by myself to Doctor "K" (Kirejscyk?) that the Zyprexa was giving me constant rotten thoughts and making me feel like I was on the verge of committing an unforgivable sin every second of the day. They continued the pill. I have suffered unimaginably

**Claim III:** Injuries from the medications

**Supporting Facts:**

Zyprexa: Rotten thoughts (constant) feeling like I was on the verge of committing an unforgivable sin, unmotivated, pains in my head that have accumulated over time upon each dose, feeling like a balloon was in my head.

Invega: Can Severe dehydration (feeling like I was going to die) constant shaking, incapacitated

Abilify: Caused me to hallucinate. It was pretty scary

4

## E. REQUEST FOR RELIEF

I request the following relief:

That the Superior Courts medication as prescribed orders be nulled. Grounds for relief; ~~I am not a da~~ this shouldn't be legal and more than likely is violating my constitutional rights or rights in general.

## F. JURY DEMAND

Do you wish to have a jury trial? Yes  X   No _____

(if necessary)

_____   **Plaintiff's Original Signature**
Original signature of attorney (if any)

                                Victor Tyrell Smith
_____   _____
Printed Name                    Printed Name

                                40 Carter St. Apt F
                                East Hartford, CT 06118

( )                             (860) 996-2319
_____   _____
Attorney's full address and telephone   Plaintiff's full address and telephone

                                Mrtysoftv1989@gmail.com
_____   _____
Email address if available      Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
              (location)                    (date)

                                **Plaintiff's Original Signature**

(Rev. 3/21/16)

5